UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLE ABS CAPITAL 1 INC TRUST 2006-HE8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006 HE8, its successors and/or assigns,<br><br>    Plaintiff,<br><br>VS.<br><br>DELMY H. SILVA, EDGAR A. SILVA, and All Other Occupants of 1316 Clearwater Dr., Grand Prairie, TX 75052,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>3:23-CV-0349-G-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

March 24, 2023.

                                                     */s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**